UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

JUAN GOMEZ,

                            Plaintiff,                    **AFFIRMATION OF SERVICE**

   -against-

THE CITY OF NEW YORK, DETECTIVE ELIZABETH
DELAROSA, Shield #05742, POLICE OFFICER                Index Number: 14-CV-02621
ANTHONY CROCE, Shield #7882, SERGEANT                  (ILG) (CLP)
CHRISTOPHER CANAVAN, Shield #00931, POLICE
OFFICERS JOHN/JANE DOE(S) #S 1-10,

                            Defendants.
_____X

    Under the penalties of perjury and CPLR § 3126, I hereby affirm that I am over the age of eighteen and am not a party to this action. I served one true copy of the Summons and Complaint upon the defendant The City of New York, on May 12, 2014 at approximately 10:37 a.m. via their agent:

    Betty Mazyck
    100 Church Street,
    New York, New York 10007

Dated:    Brooklyn, NY
            May 15, 2014

            By: David Zelman, Esq.
            612 Eastern Parkway
            Brooklyn, NY 11225
            Tel: (718) 604 3072
            Fax: (718) 604 3074